**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Johnny Mack BROWN, Defendant–
Appellant.**

**No. 00–6961.**

United States Court of Appeals,
Fourth Circuit.

Submitted Nov. 21, 2002.

Decided Nov. 27, 2002.

**420**

Ellen Bowyer, Troutman Sanders, L.L.P., Richmond, Virginia, for Appellant. Jean Barrett Hudson, Office of the United States Attorney, Charlottesville, Virginia, for Appellee.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Johnny M. Brown seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for the reasons stated by the district court that Brown has not made a substantial showing of the denial of a constitutional right. *See United States v. Brown,* Nos. CR–94–27; CA–99–346–7 (W.D.Va. June 16, 2000). Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*